IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DE SHAWN MALONE,

    Plaintiff,                  No. CIV S-11-2468 EFB P

    vs.

F. GONZALES,

    Defendant.            ORDER

        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Nor has plaintiff submitted a certified copy of his trust account statement or the institutional equivalent. Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff may comply with this requirement by having prison officials complete the "Certificate" portion of the

1

form application for leave to proceed *in forma pauperis*.

Accordingly, plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis, including the required trust account statement. Plaintiff's failure to comply with this order will result in this action being dismissed without prejudice. The Clerk of the Court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

So ordered.

Dated: April 6, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2